**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anish Budha,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-04800-PHX-MTL

**ORDER**

The Court has considered the Petition for Writ of Habeas Corpus the response thereto, and the reply. (Docs. 1, 5, 6)

The parties are familiar with the factual details. In summary, Petitioner, a native and citizen of Nepal, unlawfully entered the United States at or near Calexico, California on December 27, 2024. (Doc. 1 ¶ 23.1) Border Patrol apprehended him and he was placed into expedited removal proceedings. (Doc. 5 at 1) He has been detained by the Department of Homeland Security since December 29, 2024. (Doc. 1 ¶ 19) Petitioner's application for asylum was denied by an immigration judge and he was ordered removed. (*Id.* ¶ 24.5) His appeal to the Board of Immigration Appeals is pending. (*Id.*)

The Court finds as follows. Petitioner's application for asylum, having been denied, means that he is lawfully detained under Title 8, United States Code, Section 1225(b)(1)(B)(iii)(IV). That section provides, "[a]ny alien subject to the procedures under this clause shall be detained pending a final determination of credible fear of persecution and, if found not to have such a fear, until removed." *See also Jennings v. Rodriguez*, 583

U.S. 281, 302 (2018) ("In sum, §§ 1225(b)(1) and (b)(2) mandate detention of aliens throughout the completion of applicable proceedings and not just until the moment those proceedings begin."). Petitioner is not entitled to release, on bond or otherwise.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk of Court must enter a judgment of dismissal and close this case.

**IT IS FURTHER ORDERED** that the pending motions (Docs. 7, 8) are **DENIED** as moot.

Dated this 6th day of October, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge